IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| ANTHONY GOINS, | ) | |
| | ) | 2:23-CV-008-RWS |
| Plaintiff, | ) | |
| | ) | [Removed from Forsyth County |
| vs. | ) | State Court, Civil Action File No. |
| | ) | 22SC-1943-B] |
| WAL-MART STORES EAST, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## **WAL-MART STORES EAST, LP.'S PETITION FOR REMOVAL**

COMES NOW, Defendant WAL-MART STORES EAST, LP. (hereinafter, "Petitioner/Defendant"), by and through counsel, within the time prescribed by law, and without waiving any defenses, files this and shows this Honorable Court as follows:

1.

On December 6, 2022, Plaintiff Anthony Goins filed a Complaint for Damages in the State Court of Forsyth County (hereinafter the "Forsyth County Suit"). Plaintiff's action was denominated as Civil Action No. 22SC-1943-B and styled <u>Anthony Goins vs. Wal-Mart Stores East, LP</u>. Plaintiff's claims against Petitioner/Defendant include claims of negligence. (See Plaintiff's Complaint, Attached as Exhibit "A").

2.

The State Court of Forsyth County is within the Gainesville Division of this Court. 28 U.S.C.A. § 90(a)(1).

3.

On December 14, 2022, Petitioner/Defendant was served with a copy of the Complaint and Summons. (See Sheriff's Entry of Service, Attached as Exhibit "B"). Petitioner/Defendant has filed this Petition for Removal within thirty (30) days of being served with the Complaint and Summons in the Forsyth County Suit.

4.

On January 5, 2022, Petitioner/Defendant filed their Answer and Jury Trial Demand. (See Defendant's Answer and Jury Trial Demand, attached as Exhibit "C").

5.

On January 6, 2023, Petitioner/Defendant filed their First Amended Answer and Jury Trial Demand. (See Defendant's First Amended Answer and Jury Trial Demand, Attached as Exhibit "F").

5.

Upon information and belief, Plaintiff is a citizen of Georgia. (See Exhibit "A" at ¶1).

6.

Petitioner/Defendant is a Delaware limited partnership, of which WSE Management, LLC is the sole general partner and WSE Investment, LLC is the sole limited partner. Both WSE Management, LLC and WSE Investment, LLC are Delaware limited liability companies with principal places of business in Arkansas. The sole member of both WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC. Wal-Mart Stores East, LLC is an Arkansas limited liability company with its principal place of business in Arkansas. The sole member of Wal-Mart Stores East, LLC is Walmart Inc. Walmart Inc. is a Delaware corporation with its principal place of business in Bentonville, Arkansas. As such, Walmart Stores East, LP and none of its partners are or were citizens of the State of Georgia at the time of, or immediately prior to, the filing and service of this lawsuit, or at any time thereafter. (See Georgia Secretary of State and Delaware Division of Corporations documents, attached hereto as Exhibit "D").

7.

The matter in controversy is one in which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 as it involves citizen parties of different states and as the amount in controversy is believed to exceed the sum of $75,000,

exclusive of interests and costs. Therefore, pursuant to 28 U.S.C. §§1332, 1441, and 1446(a), this matter may be removed to Federal Court.

8.

Petitioner/Defendant has filed a Petition for Removal in this Court insofar as the pending suit was filed in the State Court of Forsyth County, and Petitioner/Defendant must file the notice of removal in the "district court of the United States for the district and division within which such action is pending…" 28 U.S.C. §1446(a).

9.

This Petition is filed within 30 days after receipt by Petitioner/Defendant, of the Complaint for Damages setting forth the claim for relief upon which said action is based, and said civil action is sought to be removed to this Court pursuant to the provisions of 28 U.S.C. §§1332 and 1446, *et. seq*.

10.

Pursuant to 28 U.S.C. § 1446(a), Petitioner/Defendant has attached as Exhibit "E" copies of all process, pleadings and Orders that were served on and/or provided to Defendant, including copies of all pleadings that have been filed to date in the State Court of Forsyth County, Georgia for the above-styled case.

11.

A true and correct copy of this Petition for Removal shall be filed with the Clerk of the State Court of Forsyth County, as required by 28 U.S.C. § 1446(d).

12.

Written notice of the filing of this Notice of Removal shall be given to all Parties, through their counsel of records, as required by 28 U.S.C. §1446(d).

WHEREFORE, Petitioner/Defendant prays that this Petition be filed, that the entire action referred to hereinabove be removed to and proceed in the United States District Court for the Northern District of Georgia, Gainesville Division, that no further proceeds be held in the case originally filed in the State Court of Forsyth County, State of Georgia, and that Petitioner/Defendant has such other and further relief as this Court deems just and proper in the circumstances.

This 09 day of January, 2023.

**[SIGNATURE ON NEXT PAGE]**

WALDON ADELMAN CASTILLA
HIESTAND & PROUT

/s/ Matthew J. Hurst
Hilliard V. Castilla
Georgia Bar No. 116123
Matthew J. Hurst
Georgia Bar No. 480267
Attorneys for Wal-Mart Stores East, LP.

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
HCastilla@wachp.com
MHurst@wachp.com

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court and Local Rule 5.1B.

This <u>09</u> day of January, 2023.

        WALDON ADELMAN CASTILLA
        HIESTAND & PROUT

        <u>/s/ Matthew J. Hurst</u>
        Hilliard V. Castilla
        Georgia Bar No. 116123
        Matthew J. Hurst
        Georgia Bar No. 480267
        Attorneys for Wal-Mart Stores East, LP.

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
HCastilla@wachp.com
MHurst@wachp.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| ANTHONY GOINS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WAL-MART STORES EAST, LP, )<br>)<br>Defendant. ) | [Removed from Forsyth County State Court, Civil Action File No. 22SC-1943-B] |

### CERTIFICATE OF SERVICE

I hereby certify that on the below date, I have on this date served upon counsel for all parties in the foregoing matter a true and accurate copy of WAL-MART STORES EAST, LP.'S PETITION FOR REMOVAL with the Clerk of Court using the CM/ECF System. The clerk will serve counsel of record as follows:

Anthony J. Herro, Esq.
The Herro Law Firm
3495 Piedmont Rd., NE
Eleven Piedmont Center, Suite 824
Atlanta, GA 30305
anthony@herrolaw.com

This 09 day of January, 2023.

**[SIGNATURE ON NEXT PAGE]**

          WALDON ADELMAN CASTILLA
          HIESTAND & PROUT

          <u>/s/ Matthew Hurst</u>
          Hilliard V. Castilla
          Georgia Bar No. 116123
          Matthew J. Hurst
          Georgia Bar No. 480267
          Attorneys for Walmart Stores East, LP.

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
hcastilla@wachp.com
mhurst@wachp.com