# PLAINTIFF'S COMPLAINT

# EXHIBIT "A"

Wal-Mart Stores East, LP.' Petition for Removal

⚖ **EFILED IN OFFICE**
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**22SC-1943-B**

**Judge T. Russell McClelland**
DEC 06, 2022 02:59 PM

Greg G. Allen, Clerk
Forsyth County, Georgia

# IN THE STATE COURT OF FORSYTH COUNTY
## STATE OF GEORGIA

Anthony Goins,                              )
                                    )

      Plaintiff,                       )        Civil Action File No.

                                      )      _____

v.                                          )
                                      )      Jury Trial Demanded

Wal-Mart Stores East, LP,                   )

      Defendant.                       )

---

## COMPLAINT FOR DAMAGES

---

COMES NOW, Plaintiff in the above-styled action and shows the Court the following:

### Parties, Jurisdiction, and Venue

1.

Plaintiff Anthony Goins is a resident of the State of Georgia, and subject to the jurisdiction of this Court.

2.

Defendant Wal-Mart Stores East, LP is a foreign corporation existing under the laws of the state of Delaware with its principal place of business in the state of Arkansas and may be served through its registered agent The Corporation Company (FL) at 106 Colony Park Drive Suite 800-B in Cumming, Georgia 30040 in Forsyth County, and is subject to the jurisdiction of this Court.

3.

At all times mentioned herein, Wal-Mart Stores East, LP owned, operated, controlled, and managed the Wal-Mart store located at 6065 Jonesboro Road in Morrow, Georgia 30260.


EXHIBIT A

4.

On December 11, 2021, the Plaintiff was a lawful invitee at the Wal-Mart store in Morrow, Georgia to do some shopping.

5.

As the Plaintiff was heading towards the checkout lanes, he slipped and fell on what appeared to be a gel-like substance on the floor.

6.

There were no warnings in the vicinity of where the Plaintiff fell on the slippery surface due to the gel-like substance that posed a danger to anyone walking on the floor.

7.

Plaintiff exercised ordinary care and diligence at all times herein and under the circumstances then existing and was not made aware that there was a danger on the floor that would cause her to fall.

8.

The Defendant breached its duties owed to the Plaintiff by failing to exercise ordinary care to keep the premises safe.

9.

The Defendant had knowledge, both actual and constructive, of the need to properly construct, maintain, manage, and inspect said property but failed to exercise ordinary care.

10.

The Defendant and Defendant's employees did nothing to remediate the dangerous condition of the floor between the time they were aware or should have been aware of the danger and the time the Plaintiff was injured.

11.

The Defendant negligently represented to its invitees that the property at issue was properly maintained.

12.

After the fall, the Plaintiff and his fiancé reported Plaintiff's fall and the injuries he sustained to customer service and they spoke with the store manager who assisted them in filing an incident report prior to going to leaving the store.

13.

Defendant's negligence was a cause in fact and a proximate cause of Plaintiff's extensive injuries.

14.

Defendant is liable for the injuries and property damage suffered by Plaintiff.

15.

As a result of Defendant's negligence, Plaintiff has incurred reasonable, necessary, and continuing medical expenses, exceeding $100,000.00 and will continue to incur expenses in the future, in an amount to be proven at trial.

15.

Plaintiff is entitled to recover for his injuries and pain and suffering sustained, and all other elements of damages allowed under Georgia law, including but not limited to all compensatory, general, special, incidental, consequential, and/or other damages permitted. Plaintiff states his intentions to seek all compensatory, special, economic, consequential, general, and all other damages permissible under Georgia Law, including, but not limited to:

a)      Personal injuries;

b)   Past, present and future pain and suffering;

c)   Disability;

d)   Disfigurement;

e)   Mental anguish;

f)   Loss of capacity for the enjoyment of life;

g)   Economic losses;

h)   Incidental expenses;

i)   Past, present and future medical expenses, likely exceeding $125,000.00

j)   Lost earnings;

k)   Loss of earning capacity;

l)   Permanent injuries; and

m)   Consequential damages to be proven at trial.


WHEREFORE, Plaintiff prays that he has a trial on all issues and judgment against Defendant as follows:

a)   Process issue as provided by law;

b)   Plaintiff has a trial by jury against Defendant;

c)   Judgment be awarded to Plaintiff and against Defendant;

d)   That Plaintiff recovers the full value of past and future medical expenses and past and future lost wages in an amount to be proven at trial;

e)   That Plaintiff recovers for physical and mental pain and suffering in an amount to be determined by the enlightened conscience of a jury; and

f)   That Plaintiff recovers such other and further relief as is just and proper.

This 6th day of December, 2022.

Respectfully Submitted,

_/s/ Anthony J. Herro, Esq._
Anthony J. Herro, Esq.
THE HERRO LAW FIRM
Georgia Bar No. 402527
_Attorney for Plaintiff_

**THE HERRO LAW FIRM**
3495 Piedmont Road NE, Building 11, Suite 824
Atlanta, Georgia 30305
Tel: 404-433-6876
E-mail: anthony@herrolaw.com

# SHERIFF'S ENTRY OF SERVICE

# EXHIBIT "B"

Wal-Mart Stores East, LP.' Petition for Removal

**SHERIFF'S ENTRY OF SERVICE**

✦ EFILED IN OFFICE
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**22SC-1943-B**

Judge T. Russell McClelland
DEC 15, 2022 09:34 AM

Greg G. Allen, Clerk
Forsyth County, Georgia

Civil Action No. _____ **22SC-1943-B**

Date Filed _____ **12/06/22 02:59 PM**

Attorney's Address **Herro, Anthony
The Herro Law Firm
3495 Piedmont Road NE
Building 11, Suite 824
Atlanta, GEORGIA 30305-**

Name and Address of Party to be Served.
**Wal-Mart Stores East, LP**

**106 Colony Park Drive Suite 800-B**

**Cumming, GEORGIA 30040**

|  |  |  |  |  |
|---|---|---|---|---|
| Superior Court | ☐ | Magistrate Court | ☐ | |
| State Court | ☒ | Probate Court | ☐ | |
| Juvenile Court | ☐ | | | |

Georgia, _____ **FORSYTH** _____ COUNTY

Goins , Anthony

_____
Plaintiff

VS.

Wal-Mart Stores East, LP

_____
Defendant

_____
Garnishee

SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant_____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant_____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows: age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant _Ttl Corporation Company_ a corporation by leaving a copy of the within action and summons with _Day Von Jackson_ in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant_____ not to be found in the jurisdiction of this court.

This _14th_ day of _Dec._ , 20 _22_

_____
Deputy



**EXHIBIT
B**

FORSYTH COUNTY SHERIFF'S OFFICE

## Civil Paper - CIVIL PAPER

**\*CP58033\***

| Civil ID | Case ID | File/Docket # | |
|---|---|---|---|
| **58033** | | **22SC-1943-B** | |

| Officer | Location of Original Copy | | Local # |
|---|---|---|---|
| **BURKE, D. E.** | | | |

| PLAINTIFF NAME & ADDRESS | Court | Court Date |
|---|---|---|
| **GOINS, ANTHONY** | | |
| | Date Issued **12/06/2022** | Date Received **12/06/2022** |
| | Disposition **Active** | Disposition Date **12/06/2022** |

### VERSUS

| DEFENDANT NAME & ADDRESS | SERVE TO ADDRESS: |
|---|---|
| **WALMART STORES EAST, LP**<br>**106 Colony Park Dr , 800B**<br>**Cumming,GA  30040** | Beat: **S32**    Neighbhd:<br>District: **STH**<br>ReportArea: **COM1**    SubDivsn: |
| | DEFENDANT NAME & ADDRESS |
| Race / Sex / DOB        SSN | |
| Employer Information | |
| Home Phone        Work Phone | Notes (for above Defendant) |
| **Alerts** | |

### SERVICE NOTES

### FIRST ATTEMPT

| Successful ☐ Yes  ☐ No | Date | Time | Officer | Who Served |
|---|---|---|---|---|
| Where Served **Serve To Address:** | | | Comments (include new address) | |

### SECOND ATTEMPT

| Successful ☐ Yes  ☐ No | Date | Time | Officer | Who Served |
|---|---|---|---|---|
| Where Served | | | Comments (include new address) | |

### THIRD ATTEMPT

| Successful ☐ Yes  ☐ No | Date | Time | Officer | Who Served |
|---|---|---|---|---|
| Where Served | | | Comments (include new address) | |

# STATE COURT OF FORSYTH COUNTY
# STATE OF GEORGIA

🏛 **EFILED IN OFFICE**
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**22SC-1943-B**

Judge T. Russell McClelland
DEC 06, 2022 02:59 PM

Greg G. Allen, Clerk
Forsyth County, Georgia

CIVIL ACTION NUMBER   22SC-1943-B

Goins , Anthony

**PLAINTIFF**

                                    **VS.**

Wal-Mart Stores East, LP

**DEFENDANT**

**SUMMONS**

TO: WAL-MART STORES EAST, LP

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Anthony Herro**
> **The Herro Law Firm**
> **3495 Piedmont Road NE**
> **Building 11, Suite 824**
> **Atlanta, Georgia 30305**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 6th day of December, 2022.**

Clerk of State Court

Greg G. Allen, Clerk
Forsyth County, Georgia

# DEFENDANT'S ANSWER AND JURY TRIAL DEMAND

# EXHIBIT "C"

Wal-Mart Stores East, LP.' Petition for Removal

EFILED IN OFFICE
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**22SC-1943-B**
Judge T. Russell McClelland
JAN 04, 2023 01:56 PM

Greg G. Allen, Clerk
Forsyth County, Georgia

IN THE STATE COURT OF FORSYTH COUNTY
STATE OF GEORGIA

ANTHONY GOINS,            )
                          )
        Plaintiff,        )
                          )        Civil Action File
vs.                       )        No. 22SC-1943-B
                          )
WAL-MART STORES EAST, LP, )
                          )
        Defendant.        )

### DEFENDANT'S ANSWER AND JURY TRIAL DEMAND

Defendant Wal-Mart Stores East, LP (hereinafter, "Walmart" or "Defendant") by and through counsel of record, files this Answer to Plaintiff's Complaint and shows as follows:

### FIRST DEFENSE

Plaintiff's claim fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiff has failed to specifically state items of special damages sought in this action pursuant to O.C.G.A. § 9-11-9(g).

### THIRD DEFENSE

Plaintiff has failed to join an indispensable party pursuant to O.C.G.A. § 9-11-19.


EXHIBIT C

## FOURTH DEFENSE

Responding to the specific allegations of the numbered paragraphs of Plaintiff's Complaint, Defendant Walmart answers:

### 1.

Defendant is without knowledge sufficient to admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

### 2.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

### 3.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

### 4.

Defendant is without knowledge sufficient to admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

### 5.

Defendant is without knowledge sufficient to admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

### 6.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint as stated.

7.

Defendant is without knowledge sufficient to admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

8.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

9.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

10.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

11.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

12.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

13.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

14.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

15.

Defendant is without knowledge sufficient to admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

15. [sic]

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

16.

Any allegation, language, or paragraph of Plaintiff's Complaint not hereinbefore responded to is specifically denied by Defendant.

WHEREFORE, having fully answered Plaintiff's complaint, Defendant prays:

a) that Plaintiff's Complaint be dismissed;

b) that Defendant have judgment in their favor;

c) that Defendant have a trial by jury of twelve persons; and

d) that Defendant have all other proper relief.

This 04 day of January, 2023.

**[SIGNATURE ON NEXT PAGE]**

WALDON ADELMAN CASTILLA
HIESTAND & PROUT

/s/ Matthew J. Hurst
Hilliard V. Castilla
Georgia Bar No. 116123
Matthew J. Hurst
Georgia Bar No. 480267
Attorneys for Walmart Stores East,
LP.

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
hcastilla@wachp.com
mhurst@wachp.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the below date, I electronically filed Wal-MART STORES EAST, LP.'S ANSWER AND JURY TRIAL DEMAND with the Clerk of the Court using an O.C.G.A. § 15-6-11 electronic filing service provider which will automatically send e-mail notification of such filing to the following attorney(s) of records:

Anthony J. Herro, Esq.
The Herro Law Firm
3495 Piedmont Rd., NE
Eleven Piedmont Center, Suite 824
Atlanta, GA  30305
anthony@herrolaw.com

This <u>04</u> day of January, 2023.

WALDON ADELMAN CASTILLA HIESTAND & PROUT

<u>/s/ Matthew Hurst</u>
Hilliard V. Castilla
Georgia Bar No. 116123
Matthew J. Hurst
Georgia Bar No. 480267
Attorneys for Walmart Stores East, LP.

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
hcastilla@wachp.com
mhurst@wachp.com

# DELAWARE DEPARTMENT OF CORPORATIONS AND GEORGIA SECRETARY OF STATE DOCUMENTS

# EXHIBIT "D"

Wal-Mart Stores East, LP.' Petition for Removal



# GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE

# BRAD RAFFENSPERGER

**HOME (/)**

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **WAL-MART STORES EAST, LP (DELAWARE)** |
| Business Type: | **Foreign Limited Partnership** |
| Business Purpose: | **NONE** |
| Principal Office Address: | **702 SW 8th St., Bentonville, AR, 72716, USA** |
| Jurisdiction: | **Delaware** |
| Principal Record Address: | **NONE** |

| | |
|---|---|
| Control Number: | **0150520** |
| Business Status: | **Active/Owes Current Year AR** |
| Date of Formation / Registration Date: | **11/16/2001** |
| Last Annual Registration Year: | **2022** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **THE CORPORATION COMPANY (FL)** |
| Physical Address: | **106 Colony Park Drive Ste. 800-B, Cumming, GA, 30040-2794, USA** |
| County: | **Forsyth** |

### GENERAL PARTNER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| WSE MANAGEMENT,, LLC | General Partner | 708 SW 8th Street, Bentonville, AR, 72716, USA |

Back

Filing History      Name History

Return to Business Search

**EXHIBIT**

**D**

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530,
Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19     **Report a Problem?**

**Department of State: Division of Corporations**

<u>Allowable Characters</u>

| HOME | Entity Details |
|---|---|

**THIS IS NOT A STATEMENT OF GOOD STANDING**

<u>File Number:</u>    **3455699**     <u>Incorporation Date /</u>    **11/9/2001**
                               <u>Formation Date:</u>    **(mm/dd/yyyy)**

<u>Entity Name:</u>    **WAL-MART STORES EAST, LP**

<u>Entity Kind:</u>    **Limited Partnership**     <u>Entity Type:</u>    **General**

<u>Residency:</u>    **Domestic**     State:    **DELAWARE**

**<u>REGISTERED AGENT INFORMATION</u>**

Name:    **THE CORPORATION TRUST COMPANY**

Address:    **CORPORATION TRUST CENTER 1209 ORANGE ST**

City:    **WILMINGTON**     County:    **New Castle**

State:    **DE**     Postal Code:    **19801**

Phone:    **302-658-7581**

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like   ○ Status   ○ Status,Tax & History Information

[ Submit ]

[ View Search Results ]        [ New Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.

site map   |   privacy   |   about this site   |   contact us   |   translate   |   delaware.gov

# ALL DOCUMENTS AND PLEADINGS

# EXHIBIT "E"

Wal-Mart Stores East, LP.' Petition for Removal

⊛ EFILED IN OFFICE
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**22SC-1943-B**

**Judge T. Russell McClelland**
DEC 06, 2022 02:59 PM

Greg G. Allen, Clerk
Forsyth County, Georgia

## IN THE STATE COURT OF FORSYTH COUNTY
## STATE OF GEORGIA

|                                    |     |                                    |
|------------------------------------|-----|------------------------------------|
| Anthony Goins,                     |  )  |                                    |
|                                    |  )  |                                    |
| Plaintiff,                         |  )  | Civil Action File No.              |
|                                    |  )  |                                    |
| v.                                 |  )  | _____             |
|                                    |  )  |                                    |
| Wal-Mart Stores East, LP,          |  )  | Jury Trial Demanded                |
|                                    |  )  |                                    |
| Defendant.                         |  )  |                                    |

## COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff in the above-styled action and shows the Court the following:

### Parties, Jurisdiction, and Venue

1.

Plaintiff Anthony Goins is a resident of the State of Georgia, and subject to the jurisdiction of this Court.

2.

Defendant Wal-Mart Stores East, LP is a foreign corporation existing under the laws of the state of Delaware with its principal place of business in the state of Arkansas and may be served through its registered agent The Corporation Company (FL) at 106 Colony Park Drive Suite 800-B in Cumming, Georgia 30040 in Forsyth County, and is subject to the jurisdiction of this Court.

3.

At all times mentioned herein, Wal-Mart Stores East, LP owned, operated, controlled, and managed the Wal-Mart store located at 6065 Jonesboro Road in Morrow, Georgia 30260.

4.

On December 11, 2021, the Plaintiff was a lawful invitee at the Wal-Mart store in Morrow, Georgia to do some shopping.

5.

As the Plaintiff was heading towards the checkout lanes, he slipped and fell on what appeared to be a gel-like substance on the floor.

6.

There were no warnings in the vicinity of where the Plaintiff fell on the slippery surface due to the gel-like substance that posed a danger to anyone walking on the floor.

7.

Plaintiff exercised ordinary care and diligence at all times herein and under the circumstances then existing and was not made aware that there was a danger on the floor that would cause her to fall.

8.

The Defendant breached its duties owed to the Plaintiff by failing to exercise ordinary care to keep the premises safe.

9.

The Defendant had knowledge, both actual and constructive, of the need to properly construct, maintain, manage, and inspect said property but failed to exercise ordinary care.

10.

The Defendant and Defendant's employees did nothing to remediate the dangerous condition of the floor between the time they were aware or should have been aware of the danger and the time the Plaintiff was injured.

11.

The Defendant negligently represented to its invitees that the property at issue was properly maintained.

12.

After the fall, the Plaintiff and his fiancé reported Plaintiff's fall and the injuries he sustained to customer service and they spoke with the store manager who assisted them in filing an incident report prior to going to leaving the store.

13.

Defendant's negligence was a cause in fact and a proximate cause of Plaintiff's extensive injuries.

14.

Defendant is liable for the injuries and property damage suffered by Plaintiff.

15.

As a result of Defendant's negligence, Plaintiff has incurred reasonable, necessary, and continuing medical expenses, exceeding $100,000.00 and will continue to incur expenses in the future, in an amount to be proven at trial.

15.

Plaintiff is entitled to recover for his injuries and pain and suffering sustained, and all other elements of damages allowed under Georgia law, including but not limited to all compensatory, general, special, incidental, consequential, and/or other damages permitted. Plaintiff states his intentions to seek all compensatory, special, economic, consequential, general, and all other damages permissible under Georgia Law, including, but not limited to:

a)     Personal injuries;

b)    Past, present and future pain and suffering;

c)    Disability;

d)    Disfigurement;

e)    Mental anguish;

f)    Loss of capacity for the enjoyment of life;

g)    Economic losses;

h)    Incidental expenses;

i)    Past, present and future medical expenses, likely exceeding $125,000.00

j)    Lost earnings;

k)    Loss of earning capacity;

l)    Permanent injuries; and

m)    Consequential damages to be proven at trial.


WHEREFORE, Plaintiff prays that he has a trial on all issues and judgment against Defendant as follows:

a)    Process issue as provided by law;

b)    Plaintiff has a trial by jury against Defendant;

c)    Judgment be awarded to Plaintiff and against Defendant;

d)    That Plaintiff recovers the full value of past and future medical expenses and past and future lost wages in an amount to be proven at trial;

e)    That Plaintiff recovers for physical and mental pain and suffering in an amount to be determined by the enlightened conscience of a jury; and

f)    That Plaintiff recovers such other and further relief as is just and proper.

This 6th day of December, 2022.

Respectfully Submitted,

*/s/ Anthony J. Herro, Esq.*
Anthony J. Herro, Esq.
THE HERRO LAW FIRM
Georgia Bar No. 402527
*Attorney for Plaintiff*

**THE HERRO LAW FIRM**
3495 Piedmont Road NE, Building 11, Suite 824
Atlanta, Georgia 30305
Tel: 404-433-6876
E-mail: anthony@herrolaw.com

**SHERIFF'S ENTRY OF SERVICE**

EFILED IN OFFICE
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**22SC-1943-B**

Judge T. Russell McClelland
DEC 15, 2022 09:34 AM

Greg G. Allen, Clerk
Forsyth County, Georgia

Civil Action No. ___**22SC-1943-B**_____

Date Filed ___**12/06/22 02:59 PM**_____

Attorney's Address   **Herro, Anthony**
**The Herro Law Firm**
**3495 Piedmont Road NE**
**Building 11, Suite 824**
**Atlanta, GEORGIA 30305-**

Name and Address of Party to be Served.
**Wal-Mart Stores East, LP**

**106 Colony Park Drive Suite 800-B**

**Cumming, GEORGIA 30040**

| | | |
|---|---|---|
| Superior Court | ☐ | Magistrate Court ☐ |
| State Court | ☒ | Probate Court ☐ |
| Juvenile Court | ☐ | |

Georgia, ____**FORSYTH**____ COUNTY

Goins , Anthony

_____
                                    Plaintiff

                              VS.
Wal-Mart Stores East, LP

_____
                                    Defendant

_____
                                    Garnishee

SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant_____personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant_____by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____described as follows:
age, about _____years; weight _____pounds; height, about _____feet and _____inches, domiciled at the residence of defendant.

**CORPORATION**
☐ Served the defendant _FHE Corporation Company_ a corporation
by leaving a copy of the within action and summons with _Daylon Jackson_
in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant_____
not to be found in the jurisdiction of this court.

This _14th_ day of _Dec._ , 20 _22_

_____
                                    Deputy

## Civil Paper - CIVIL PAPER

## *CP58033*

| Civil ID **58033** | Case ID | File/Docket # **22SC-1943-B** | |
|---|---|---|---|

| Officer **BURKE, D. E.** | Location of Original Copy | Local # |
|---|---|---|

| PLAINTIFF NAME & ADDRESS **GOINS, ANTHONY** | Court | | Court Date |
|---|---|---|---|
| | Date Issued **12/06/2022** | | Date Received **12/06/2022** |
| | Disposition **Active** | | Disposition Date **12/06/2022** |

## VERSUS

| DEFENDANT NAME & ADDRESS | SERVE TO ADDRESS: |
|---|---|
| **WALMART STORES EAST, LP** **106 Colony Park Dr , 800B** **Cumming,GA  30040** | Beat: **S32**    Neighbhd: District: **STH** ReportArea: **COM1**    SubDivsn: |

DEFENDANT NAME & ADDRESS

| Race / Sex / DOB | SSN |
|---|---|
| Employer Information | |
| Home Phone | Work Phone |

**Alerts**

Notes (for above Defendant)

## SERVICE NOTES

## FIRST ATTEMPT

| Successful ☐ Yes  ☐ No | Date | Time | Officer | Who Served |
|---|---|---|---|---|
| Where Served     Serve To Address: | | | Comments (include new address) | |

## SECOND ATTEMPT

| Successful ☐ Yes  ☐ No | Date | Time | Officer | Who Served |
|---|---|---|---|---|
| Where Served | | | Comments (include new address) | |

## THIRD ATTEMPT

| Successful ☐ Yes  ☐ No | Date | Time | Officer | Who Served |
|---|---|---|---|---|
| Where Served | | | Comments (include new address) | |

# STATE COURT OF FORSYTH COUNTY
## STATE OF GEORGIA

**EFILED IN OFFICE**
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**22SC-1943-B**

Judge T. Russell McClelland
DEC 06, 2022 02:59 PM

Greg G. Allen, Clerk
Forsyth County, Georgia

CIVIL ACTION NUMBER   22SC-1943-B

Goins , Anthony

_____
**PLAINTIFF**

**VS.**

Wal-Mart Stores East, LP

_____
**DEFENDANT**

### SUMMONS

TO: WAL-MART STORES EAST, LP

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Anthony Herro**
> **The Herro Law Firm**
> **3495 Piedmont Road NE**
> **Building 11, Suite 824**
> **Atlanta, Georgia 30305**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 6th day of December, 2022.**

Clerk of State Court

_____
Greg G. Allen, Clerk
Forsyth County, Georgia

⚖ EFILED IN OFFICE
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA
**22SC-1943-B**
Judge T. Russell McClelland
JAN 04, 2023 01:56 PM

Greg G. Allen, Clerk
Forsyth County, Georgia

## IN THE STATE COURT OF FORSYTH COUNTY
## STATE OF GEORGIA

ANTHONY GOINS,      )
                             )
      Plaintiff,       )
                             )     Civil Action File
vs.                        )     No. 22SC-1943-B
                             )
WAL-MART STORES EAST, LP,  )
                             )
      Defendant.     )

## **DEFENDANT'S ANSWER AND JURY TRIAL DEMAND**

Defendant Wal-Mart Stores East, LP (hereinafter, "Walmart" or "Defendant") by and through counsel of record, files this Answer to Plaintiff's Complaint and shows as follows:

### **FIRST DEFENSE**

Plaintiff's claim fails to state a claim upon which relief can be granted.

### **SECOND DEFENSE**

Plaintiff has failed to specifically state items of special damages sought in this action pursuant to O.C.G.A. § 9-11-9(g).

### **THIRD DEFENSE**

Plaintiff has failed to join an indispensable party pursuant to O.C.G.A. § 9-11-19.

## <u>FOURTH DEFENSE</u>

Responding to the specific allegations of the numbered paragraphs of Plaintiff's Complaint, Defendant Walmart answers:

1.

Defendant is without knowledge sufficient to admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

2.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

3.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

4.

Defendant is without knowledge sufficient to admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

5.

Defendant is without knowledge sufficient to admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

6.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint as stated.

7.

Defendant is without knowledge sufficient to admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

8.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

9.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

10.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

11.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

12.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

13.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

14.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

15.

Defendant is without knowledge sufficient to admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

15. [sic]

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

16.

Any allegation, language, or paragraph of Plaintiff's Complaint not hereinbefore responded to is specifically denied by Defendant.

WHEREFORE, having fully answered Plaintiff's complaint, Defendant prays:

a) that Plaintiff's Complaint be dismissed;

b) that Defendant have judgment in their favor;

c) that Defendant have a trial by jury of twelve persons; and

d) that Defendant have all other proper relief.

This 04 day of January, 2023.

**[SIGNATURE ON NEXT PAGE]**

WALDON ADELMAN CASTILLA
HIESTAND & PROUT

/s/ Matthew J. Hurst
Hilliard V. Castilla
Georgia Bar No. 116123
Matthew J. Hurst
Georgia Bar No. 480267
Attorneys for Walmart Stores East,
LP.

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
hcastilla@wachp.com
mhurst@wachp.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the below date, I electronically filed Wal-MART STORES EAST, LP.'S ANSWER AND JURY TRIAL DEMAND with the Clerk of the Court using an O.C.G.A. § 15-6-11 electronic filing service provider which will automatically send e-mail notification of such filing to the following attorney(s) of records:

Anthony J. Herro, Esq.
The Herro Law Firm
3495 Piedmont Rd., NE
Eleven Piedmont Center, Suite 824
Atlanta, GA  30305
anthony@herrolaw.com

This <u>04</u> day of January, 2023.

WALDON ADELMAN CASTILLA
HIESTAND & PROUT

<u>/s/ Matthew Hurst</u>
Hilliard V. Castilla
Georgia Bar No. 116123
Matthew J. Hurst
Georgia Bar No. 480267
Attorneys for Walmart Stores East, LP.

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
hcastilla@wachp.com
mhurst@wachp.com



# GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE

# BRAD RAFFENSPERGER

**HOME (/)**

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **WAL-MART STORES EAST, LP (DELAWARE)** | Control Number: | **0150520** |
| Business Type: | **Foreign Limited Partnership** | Business Status: | **Active/Owes Current Year AR** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **702 SW 8th St., Bentonville, AR, 72716, USA** | Date of Formation / Registration Date: | **11/16/2001** |
| Jurisdiction: | **Delaware** | Last Annual Registration Year: | **2022** |
| Principal Record Address: | **NONE** | | |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **THE CORPORATION COMPANY (FL)** |
| Physical Address: | **106 Colony Park Drive Ste. 800-B, Cumming, GA, 30040-2794, USA** |
| County: | **Forsyth** |

### GENERAL PARTNER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| WSE MANAGEMENT,, LLC | General Partner | 708 SW 8th Street, Bentonville, AR, 72716, USA |

Back       Filing History     Name History

Return to Business Search

Department of State: Division of Corporations

Allowable Characters

| | HOME |

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3455699 | Incorporation Date / Formation Date: | 11/9/2001 (mm/dd/yyyy) |
| Entity Name: | WAL-MART STORES EAST, LP | | |
| Entity Kind: | Limited Partnership | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

| Submit |

| View Search Results | | New Entity Search |

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

EFILED IN OFFICE
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**22SC-1943-B**

Judge T. Russell McClelland
JAN 04, 2023 01:56 PM

Greg G. Allen, Clerk
Forsyth County, Georgia

IN THE STATE COURT OF FORSYTH COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| ANTHONY GOINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File |
| vs. | ) | No. 22SC-1943-B |
| | ) | |
| WAL-MART STORES EAST, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>NOTICE OF REQUEST FOR LEAVE OF ABSENCE</u>

COMES NOW **Matthew J. Hurst** and respectfully notifies all Judges before whom he has cases pending, all affected clerks of court, and all opposing counsel that he will be on leave pursuant to Georgia Uniform Court Rule 16.

1.    The periods of leave during which Applicant will be away from the practice of law are as follows:

- February 22, 2023 – March 6, 2023;
- May 3, 2023 – May 15, 2023,
- June 27, 2023 – July 6, 2023;
- September 21, 2023 – October 2, 2023;
- October 4, 2023 – October 7, 2023;
- November 17, 2023 – November 27, 2023; and
- December 18, 2023 – December 29, 2023.

2.    All affected judges and opposing counsel shall have ten (10) days from the date of this Notice to object to it.  If no objections are filed, the leave shall be granted.

Respectfully submitted January 4, 2023.
**[SIGNATURE ON NEXT PAGE]**

WALDON ADELMAN CASTILLA
HIESTAND & PROUT

/s/ Matthew Hurst
Matthew J. Hurst
Georgia Bar No. 480267

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
mhurst@wachp.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed NOTICE OF REQUEST FOR LEAVE OF ABSENCE with the Clerk of the Court using an O.C.G.A. § 15-6-11 electronic filing service provider which will automatically send e-mail notification of such filing to the attorney(s) of record.

Respectfully submitted January 4, 2023.

WALDON ADELMAN CASTILLA
HIESTAND & PROUT

/s/ Matthew Hurst
Matthew J. Hurst
Georgia Bar No. 480267

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
mhurst@wachp.com

⚖ EFILED IN OFFICE
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**22SC-1943-B**
Judge T. Russell McClelland
JAN 06, 2023 03:28 PM

Greg G. Allen, Clerk
Forsyth County, Georgia

IN THE STATE COURT OF FORSYTH COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| ANTHONY GOINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File |
| vs. | ) | No. 22SC-1943-B |
| | ) | |
| WAL-MART STORES EAST, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S FIRST AMENDED ANSWER
## AND JURY TRIAL DEMAND

Defendant Wal-Mart Stores East, LP (hereinafter, "Walmart" or "Defendant") by and through counsel of record, files this Amended Answer to Plaintiff's Complaint and shows as follows:

## FIRST DEFENSE

Plaintiff's claim fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

Plaintiff has failed to specifically state items of special damages sought in this action pursuant to O.C.G.A. § 9-11-9(g).

## THIRD DEFENSE

Plaintiff has failed to join an indispensable party pursuant to O.C.G.A. § 9-11-19.

## FOURTH DEFENSE

Responding to the specific allegations of the numbered paragraphs of Plaintiff's Complaint, Defendant Walmart answers:

1.

Defendant is without knowledge sufficient to admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

2.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

3.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

4.

Defendant is without knowledge sufficient to admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

5.

Defendant is without knowledge sufficient to admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

6.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint as stated.

7.

Defendant is without knowledge sufficient to admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

8.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

9.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

10.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

11.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

12.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

13.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

14.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

15.

Defendant is without knowledge sufficient to admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

15. [sic]

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

16.

Any allegation, language, or paragraph of Plaintiff's Complaint not hereinbefore responded to is specifically denied by Defendant.

**FIFTH DEFENSE**

Plaintiff's claim is barred by Plaintiff's assumption of the risk.

**SIXTH DEFENSE**

Plaintiff's claim is barred due to Plaintiff's contributory or comparative negligence.

## **SEVENTH DEFENSE**

Plaintiff's claim is barred due to Defendant's lack of knowledge of the alleged hazard.

## **EIGHTH DEFENSE**

Plaintiff's claim is barred and/or limited due to Plaintiff's failure to mitigate damages.

## **NINTH DEFENSE**

Plaintiff's claim is barred due to the alleged hazard being open and obvious.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendant prays:

a) that Plaintiff's Complaint be dismissed;

b) that Defendant have judgment in their favor;

c) that Defendant have a trial by jury of twelve persons; and

d) that Defendant have all other proper relief.

This <u>06</u> day of January, 2023.

**[SIGNATURE ON NEXT PAGE]**

WALDON ADELMAN CASTILLA
HIESTAND & PROUT

/s/ Matthew J. Hurst
Hilliard V. Castilla
Georgia Bar No. 116123
Matthew J. Hurst
Georgia Bar No. 480267
Attorneys for Walmart Stores East,
LP.

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
hcastilla@wachp.com
mhurst@wachp.com

# DEFENDANT'S FIRST AMENDED ANSWER AND JURY TRIAL DEMAND

# EXHIBIT "F"

EFILED IN OFFICE
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**22SC-1943-B**

Judge T. Russell McClelland
JAN 06, 2023 03:28 PM

Greg G. Allen, Clerk
Forsyth County, Georgia

IN THE STATE COURT OF FORSYTH COUNTY
STATE OF GEORGIA

ANTHONY GOINS,                    )
                                  )
    Plaintiff,                    )
                                  )       Civil Action File
vs.                               )       No. 22SC-1943-B
                                  )
WAL-MART STORES EAST, LP,         )
                                  )
    Defendant.                    )

## DEFENDANT'S FIRST AMENDED ANSWER
## AND JURY TRIAL DEMAND

Defendant Wal-Mart Stores East, LP (hereinafter, "Walmart" or "Defendant") by and through counsel of record, files this Amended Answer to Plaintiff's Complaint and shows as follows:

### FIRST DEFENSE

Plaintiff's claim fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiff has failed to specifically state items of special damages sought in this action pursuant to O.C.G.A. § 9-11-9(g).

### THIRD DEFENSE

Plaintiff has failed to join an indispensable party pursuant to O.C.G.A. § 9-11-19.



EXHIBIT

**F**

## <u>FOURTH DEFENSE</u>

Responding to the specific allegations of the numbered paragraphs of Plaintiff's Complaint, Defendant Walmart answers:

1.

Defendant is without knowledge sufficient to admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

2.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

3.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

4.

Defendant is without knowledge sufficient to admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

5.

Defendant is without knowledge sufficient to admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

6.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint as stated.

7.

Defendant is without knowledge sufficient to admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

8.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

9.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

10.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

11.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

12.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

13.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

14.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

15.

Defendant is without knowledge sufficient to admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

15. [sic]

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

16.

Any allegation, language, or paragraph of Plaintiff's Complaint not hereinbefore responded to is specifically denied by Defendant.

## **FIFTH DEFENSE**

Plaintiff's claim is barred by Plaintiff's assumption of the risk.

## **SIXTH DEFENSE**

Plaintiff's claim is barred due to Plaintiff's contributory or comparative negligence.

## SEVENTH DEFENSE

Plaintiff's claim is barred due to Defendant's lack of knowledge of the alleged hazard.

## EIGHTH DEFENSE

Plaintiff's claim is barred and/or limited due to Plaintiff's failure to mitigate damages.

## NINTH DEFENSE

Plaintiff's claim is barred due to the alleged hazard being open and obvious.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendant prays:

   a) that Plaintiff's Complaint be dismissed;

   b) that Defendant have judgment in their favor;

   c) that Defendant have a trial by jury of twelve persons; and

   d) that Defendant have all other proper relief.


This <u>06</u> day of January, 2023.

**[SIGNATURE ON NEXT PAGE]**

WALDON ADELMAN CASTILLA
HIESTAND & PROUT

/s/ Matthew J. Hurst
Hilliard V. Castilla
Georgia Bar No. 116123
Matthew J. Hurst
Georgia Bar No. 480267
Attorneys for Walmart Stores East,
LP.

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
hcastilla@wachp.com
mhurst@wachp.com