IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| ANTHONY GOINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | [Removed from Forsyth County |
| vs. | ) | State Court, Civil Action File No. |
| | ) | 22SC-1943-B] |
| WAL-MART STORES EAST, LP, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT WAL-MART STORES EAST, LP'S**
**CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Defendant Wal-Mart Stores East, LP, through its undersigned counsel of record, and, pursuant to Fed. R. Civ. P. 7.1 and to Local Rule 87.1, hereby discloses the following:

Defendant WAL-MART STORES EAST, LP is a Delaware limited partnership, of which WSE Management, LLC is the only general partner, and WSE Investment, LLC is the only limited partner. The sole member of WSE Management, LLC and of WSE Investment, LLC is Wal-Mart Stores East, LLC, and the sole member of Wal-Mart Stores East, LLC is Walmart Inc. Walmart Inc. is a Delaware corporation with its principal place of business in the State of Arkansas, and it was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of this lawsuit or at any time thereafter.

The principal place of business for all entities mentioned in this paragraph is 708 SW 8th Street, Bentonville, AR 72716.

Respectfully submitted this <u>09</u> of January, 2023.

                                                 WALDON ADELMAN CASTILLA
                                               HIESTAND & PROUT

                                               <u>/s/ Matthew J. Hurst</u>
                                               Hilliard V. Castilla
                                               Georgia Bar No. 116123
                                               Matthew J. Hurst
                                               Georgia Bar No. 480267
                                               Attorneys for Wal-Mart Stores East, LP.

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
hcastilla@wachp.com
mhurst@wachp.com

The undersigned counsel certifies that the foregoing Defendant Wal-Mart Stores East, LP's Corporate Disclosure Statement has been prepared with one of the font and point selections approved by the court in LR 5.1B.

                                                        <u>/s/ Matthew J. Hurst</u>
                                                        Matthew J. Hurst